Brooke Weitzman, Esq., SBN 301037
Andrea Smith, Esq., SBN 294163
ELDER LAW AND DISABILITY
RIGHTS CENTER
asmith@eldrcenter.org
1535 E 17th Street, Suite 110
Santa Ana, CA 92705
Ph: (714) 617-5353

Michelle Uzeta, Esq., SBN 164402
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND
muzeta@dredf.org
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Ph: (510) 644-2555, Ext 5237

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Linda Harding**,<br><br>        Plaintiff,<br><br>   v.<br><br>**Aperto Property Management, Inc.; Park Stanton Place, a California Limited Partnership; Foundation for Affordable Housing II, Inc.; and Does 1-10 inclusive**,<br><br>        Defendants. | Case No.: 8:24-cv-00040-PA-DFM<br><br>**Joint Motion Requesting that the Court Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and Stipulation for Conditional Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2).**<br><br>*[Proposed] order filed concurrently herewith*<br><br>Presiding: Hon. Percy Anderson |

**WHEREAS**, Plaintiff Linda Harding ("Plaintiff") filed the above-entitled matter against Defendants Aperto Property Management, Inc., a California corporation ("Aperto"), Park Stanton Place, a California Limited Partnership ("Park Stanton"), and Foundation for Affordable Housing II, Inc., a California corporation ("Foundation" and with Park Stanton collectively referred to as "Landlord"; Aperto and Landlord will sometimes be collectively referred to as "Defendants") on January 8, 2024 alleging violations of the Fair Housing Amendments Act and related state laws related to the Defendants' ownership, operation and/or management of a multi-family apartment complex located at 7622 Katella Avenue in the City of Stanton, California (hereinafter "Subject Property") (Dkt No. 1);

**WHEREAS**, Plaintiff and Defendants (collectively "the Parties") have reached terms of settlement which have since been reduced to a written settlement agreement dated August 23, 2024, and executed by the Parties (the "Settlement Agreement");

**WHEREAS**, the Parties' agree that the Settlement Agreement is in full and final settlement of Plaintiff's claims and this action;

**WHEREAS**, Aperto is no longer the management company for Landlord at the Subject Property;

**WHEREAS**, the terms of Settlement Agreement require that:

1. Defendants pay Plaintiff sixty-two thousand five hundred dollars ($62,500.00) in settlement of her claims for monetary relief within thirty (30) days; and

2. Park Stanton undertake remedial actions to be completed within thirty (30) and sixty (60) days, including the development of non-discrimination and reasonable accommodation policies for the property subject of this litigation and the training of its employees involved in the leasing of residential units (whether they are directly

6118923.4
6118923.4

employed by Park Stanton or indirectly employed to perform leasing of residential units at the Subject Property) to fair housing training through an online provider to be agreed upon between the Parties.

**ACCORDINGLY**, the Parties stipulate and jointly move that the Court dismiss the above-entitled action, subject to the Court's retention of jurisdiction to enforce the terms of their Settlement Agreement through November 18, 2024 under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-382 (1994).

**IT IS SO STIPULATED.**

Dated:  September 4, 2024        Disability Rights Education & Defense Fund

By:   /s/ Michelle Uzeta
      Michelle Uzeta
      Attorneys for Plaintiff Linda Harding

Dated:  September 4, 2024        Wolf, Rifkin, Shapiro, Schulman & Rabkin

By:   /s/ Daniel Medioni
      Daniel Medioni
      Attorneys for Defendants Park Stanton
      Place, a California Limited
      Partnership, and Foundation for
      Affordable Housing II, Inc.

Dated:  September 4, 2024        Kaufman Dolowich, LLP

By:   /s/ Michael E. Adler
      Michael E. Adler
      Attorneys for Defendant Aperto
      Property Management, Inc.

6118923.4
6118923.4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 4, 2024      Disability Rights Education & Defense Fund

By:   /s/ Michelle Uzeta
       Michelle Uzeta
       Attorneys for Plaintiff Linda Harding

6118923.4